IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN   7 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01214-ZLW

LOREN R. LUSERO,

       Plaintiff,

v.

JOHN WELT, Correctional Lieutenant,
PA. PURDUE, Correctional Lieutenant,
CLYDE STAHL, Correctional Chairperson, CM 111,
CORRECTIONAL OFFICER, of Delta Correctional Facility of Housing Unit-5 (3rd Shift),
      Nov. 23, 2005,
"CAPTAIN," Delta Correctional Facility (3rd Shift), Nov. 23, 2005,
DEAN CONROY, Colorado Assistant Attorney General,
METZGER, J., Colorado Appellate Judge, Colorad [sic] District Judge, and
"CRG," of Delta County, Colorado,

       Defendants.

---

## ORDER REINSTATING CASE

---

This civil action is reinstated pursuant to the mandate that the United States

Court of Appeals for the Tenth Circuit (Tenth Circuit) issued on May 24, 2007.  The

Tenth Circuit affirmed in part, reversed in part, and remanded the case to this Court for

further proceedings.  Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the

United States Court of Appeals for the Tenth Circuit issued on May 24, 2007.

DATED at Denver, Colorado, this _6_ day of _____June_____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-01214-BNB

Loren R. Lusero
Prisoner No. 124354
CSP  – A1-22
PO Box 777
Cañon City, CO 81215- - 0777

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on____ 6-7-07

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk