IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01214-BNB

LOREN R. LUSERO,

      Plaintiff,

v.

JOHN WELT, Correctional Lieutenant,
PA. PURDUE, Correctional Lieutenant,
CLYDE STAHL, Correctional Chairperson, CM 111,
CORRECTIONAL OFFICER, of Delta Correctional Facility of Housing Unit-5 (3rd Shift),
    Nov. 23, 2005,
"CAPTAIN," Delta Correctional Facility (3rd Shift), Nov. 23, 2005,
DEAN CONROY, Colorado Assistant Attorney General,
METZGER, J., Colorado Appellate Judge, Colorad [sic] District Judge, and
"CRG," Colorad [sic] District Judge of Delta County, Colorado,

      Defendants.

---

ORDER TO DISMISS IN PART AND TO DRAW
CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff Loren R. Lusero is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. He filed *pro se* an amended civil rights complaint for money damages and injunctive relief pursuant to 42 U.S.C. § 1983 (2003) and 28 U.S.C. § 1343 (1993). He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006) without payment of an initial partial filing fee.

In an order filed on August 24, 2006, the Court dismissed the amended complaint and the instant action as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). On May 23, 2007, the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) entered

its mandate affirming in part, reversing in part, and remanding the case to this Court for further proceedings. *See Lusero v. Welt*, No. 06-1395 (D. Colo. Mar. 27, 2007).

The Tenth Circuit affirmed the dismissal of all claims except Mr. Lusero's claims that his due process rights were violated by placing him in administrative segregation following his request for protection from another inmate who allegedly threatened and assaulted him. The Tenth Circuit construed Mr. Lusero's allegations concerning his placement to mean that he had been in indefinite or indeterminate segregation since November 2005, when a typical segregation in his circumstances would only have been temporary. The Tenth Circuit noted that Mr. Lusero also appeared to challenge the sufficiency of the evidence presented at his disciplinary hearing.

Mr. Lusero asserts his due process claims against Defendants John Welt; Pam Purdue; Clyde Stahl; the correctional officer on the third shift on November 23, 2005, at Delta Correctional Facility, and the captain on the third shift at the Delta Correctional Facility. The remaining Defendants, Attorney General Deann Conroy, Colorado Appellate Judge J. Metzger, and District Judge CRG of Delta County, Colorado, will be dismissed as parties to this action. Accordingly, it is

ORDERED that the due process claims asserted against Defendants John Welt; Pam Purdue; Clyde Stahl; the correctional officer on the third shift on November 23, 2005, at Delta Correctional Facility, and the captain on the third shift at the Delta Correctional Facility are drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that Defendants Attorney General Deann Conroy,

Colorado Appellate Judge J. Metzger, and District Judge CRG of Delta County,

Colorado, are dismissed as parties to this action.  It is

FURTHER ORDERED that the clerk of the Court is directed to remove the names

of Defendants Attorney General Deann Conroy, Colorado Appellate Judge J. Metzger,

and District Judge CRG of Delta County, Colorado, as parties to this action.  The only

remaining Defendants are John Welt; Pam Purdue; Clyde Stahl; the correctional officer

on the third shift on November 23, 2005, at Delta Correctional Facility, and the captain

on the third shift at the Delta Correctional Facility.

DATED at Denver, Colorado, this  6  day of _____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-01214-BNB

Loren R. Lusero
Prisoner No. 124354
CSP  – A1-22
PO Box 777
Cañon City, CO 81215- 0777

I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on____7/10/07____

GREGORY C. LANGHAM, CLERK

By:_____
                              Deputy Clerk