IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01214-WYD-CBS

LOREN R. LUSERO,
    Plaintiff,
v.

JOHN WELT, Correctional Lieutenant,
PA. PURDUE, Correctional Lieutenant,
CLYDE STAHL, Correctional Chairperson, CM 111,
CORRECTIONAL OFFICER, of Delta Correctional Facility of Housing Unit-5 (3rd Shift), Nov. 23, 2005, and
"CAPTAIN", Delta Correctional Facility (3rd Shift), Nov. 23, 2005,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Lusero's "Motion to Serve Subpoena on Defendant Welt Without Prepayment of Costs" (filed August 10, 2007) (doc. # 51). Pursuant to the Order of Reference dated August 8, 2007 (doc. # 47) and the memorandum dated August 10, 2007 (doc. # 52), this matter was referred to the Magistrate Judge. The court has reviewed the matter, the entire case file and the applicable law and is sufficiently advised in the premises.

    Mr. Lusero again requests "two tapes." (*See* docs. # 46 and # 47). Mr. Lusero's request is premature and unnecessary. As Defendants have not yet been served with this civil action, they are not parties to the action. Once Defendants are parties in the case, other discovery avenues will be available to Mr. Lusero and a subpoena may not be necessary. Accordingly,

    IT IS ORDERED that Mr. Lusero's "Motion to Serve Subpoena on Defendant Welt Without Prepayment of Costs" (filed August 10, 2007) (doc. # 51) is DENIED.

DATED at Denver, Colorado, this 13th day of August, 2007.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge