# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-01214-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** December 17, 2007 | **Courtroom Deputy:** Valeri P. Barnes |

| | |
|---|---|
| LOREN R. LUSERO, | Loren R. Lusero, *Pro Se* *(telephonically)* |
| Plaintiff, | |
| v. | |
| JOHN WELT, PAM PURDUE, CLYDE STAHL, DAVE COTTON, DONALD FINNEY, | Christopher Alber |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE

**9:02 a.m.**     **Court in session.**

**ORDERED:** Plaintiff's leave for Discovery and to Compel Interrogation Tapes, Witness Testimony and Interrogatories Per Fed.R.Civ.P. 32-45 **(61)** is **denied as premature.**

**ORDERED:** Plaintiff's Injunction and Temporary Restraining Order per Fed. Rules of Civil Procedure **(66)** is **denied as moot.**

**ORDERED:** Plaintiff's Motion to Strike - Dismiss Defendants' Motion for Summary Judgment and Grant Plaintiff's Motion for Summary Judgment as a Matter of Law, See Also Memo-Of-Law with Points and Authorities is **(75)** is **denied** as a motion and will be treated as a Response to Defendant's Motion for Summary Judgment **(71)**.

**ORDERED:** Plaintiff's Motion to Compel **(76)** is **denied as premature.**

**ORDERED:** Joseph P. Sanchez' Motion to Withdraw **(78)** is **granted.**

**ORDERED:** Plaintiff's Motion for Production of Document and Objection to Definition of *Heck V. Humphrey,* 512 U.C. 477, 487 (1994) Per Fed.R.Civ.P. **(82)** is **denied** as a motion and will be treated as an Addendum to Plaintiff's Response **(75)** to Defendant's Motion for Summary Judgment **(71)**.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Last day to serve written discovery requests: **March 14, 2008.**

Discovery cut-off: **April 18, 2008.**

Dispositive Motions deadline: **May 16, 2008.**

Parties are limited to 25 Interrogatories and 25 Requests for Production of Document.

Interrogatories and Requests for Production of Documents shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**9:45 a.m.** **Court in recess/hearing concluded.**

Total time in court: 00:43