IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-1214-WYD-KMT

LOREN R. LUSERO

    Plaintiff,

v.

JOHN WELT, Correctional Lieutenant,
PA. PURDUE, Correctional Lieutenant,
CLYDE STAHL, Correctional Chairperson, CM 111,
CORRECTIONAL OFFICER, of Delta Correctional Facility of Housing Unit-5 (3rd Shift), Nov. 23, 2005, and
"CAPTAIN," Delta Correctional Facility (3rd Shift), Nov. 23, 2005,

    Defendants.

## ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S ORDER

THIS MATTER is before the Court on Plaintiff's Objection to Minute Order (docket # 102). The matter was referred to Magistrate Judge Tafoya and she issued an Order on December 15, 2006, which is incorporated herein by reference. See 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a), D.C.COLO.LCivR. 72.1(C)(1). The Order, which Defendant now appeals, states that "Plaintiff's Motion Leave and Second Set of Interrogatories per FED. R. CIV. P. Rules 33, 26, and 56(e), (#95, filed February 7, 2008) is DENIED." Order at 1.

Since Plaintiff filed a timely Objection, I must review the magistrate judge's Order to determine whether it is "clearly erroneous or contrary to law" since the nature of the matter is nondispositive. Fed. R. Civ. P. 72(a). "An order is clearly erroneous when the

reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been made." Cook v. Rockwell Int'l Corp., 147 F.R.D. 237, 242 (D. Colo. 1993).

After careful review of the file, I find nothing to indicate that the Magistrate Judge's Order is clearly erroneous or contrary to law. Therefore, the Order of the United States Magistrate Judge, dated February 11, 2008, is AFFIRMED and ADOPTED. Accordingly, it is

ORDERED that Plaintiff's Motion for Leave and Second Set of Interrogatories per FED. R. CIV. P. Rules 33, 26 and 56(e) is **DENIED**.

Dated: February 22, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge