IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-1214-WYD-KMT

LOREN R. LUSERO

    Plaintiff,

v.

JOHN WELT, Correctional Lieutenant,
PA. PURDUE, Correctional Lieutenant,
CLYDE STAHL, Correctional Chairperson, CM 111,
CORRECTIONAL OFFICER, of Delta Correctional Facility of Housing Unit-5 (3rd Shift), Nov. 23, 2005, and
"CAPTAIN," Delta Correctional Facility (3rd Shift), Nov. 23, 2005,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Set Trial, filed July 3, 2008 (docket #113) is **DENIED** as premature.

    Dated: July 7, 2008