IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 06-cv-01214-WYD-KMT

LOREN R. LUSERO,

    Plaintiff,

v.

JOHN WELT, Correctional Lieutenant,
PA. PURDUE, Correctional Lieutenant,
CLYDE STAHL, Correctional Chairperson, CM 111,
CORRECTIONAL OFFICER, of Delta Correctional Facility of Housing Unit-5 (3rd Shift),
Nov. 23, 2005, and
"CAPTAIN", Delta Correctional Facility (3rd Shift), Nov. 23, 2005,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant


Plaintiff's "Motion to Strike Per fed. R. Civ. P. Rule 12" (#89, filed January 28, 2008) is DENIED, as it appears to be a supplemental response/sur-reply to Defendants' Motion for Summary Judgment, rather than a motion. Plaintiff's response to the motion for summary judgment was due December 24, 2007. Plaintiff filed what will be treated as a response on December 7, 2007. Without being granted permission from the court, Plaintiff may not file any sur-replies.

Plaintiff's "Motion for Order Compelling Disclosure of Discovery Per fed. R. Civ P. Rules 34, 37(a), 26 and 56, 56(e) and Affidavit hereof" (#87, filed January 23, 2008), and "Motion Requesting Deposition Per Discovery Persuant [sic] to fed R. Civ P. Rule 26 and 56 as a Matter of Law" (#90, filed January 28, 2008) are DENIED. The Federal Rules of Civil Procedure provide that "[a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought." Fed. R.

Civ. P. 7(b). Plaintiff's motion is incomprehensible and fails to specify either any grounds for relief or the precise nature of the relief sought.

Plaintiff's "Motion for Evidentiary Hearing" (#97, filed February 11, 2008) is DENIED. Plaintiff's "Motion to Supoena [sic] the (5) Requested Witnesses to Evidentiary by Phone Hearing and/or Presence Per fed. R. Civ. P. 45" (#100, filed February 18, 2008) is DENIED.

Plaintiff's "Motion for Leave" (#105, filed February 29, 2008) and "Motion to Supplement the Record Persuant [sic] to Fed. R. Civ. P. Rule 15(a)(b)(c)(d)" (#107, filed April 4, 2008), the court having received no objections or responses thereto, are GRANTED. The documents attached to #105 and #107 will be considered addenda to the Plaintiff's response to Defendants' motion for summary judgment.

Plaintiff's "Judgment of Default" (#109, filed May 2, 2008) and "Default Judgment" (#111, filed May 21, 2008), which are not motions but requests for a recommendation on Defendants' motion for summary judgment, are DENIED.

Plaintiff is reminded of his duty under Fed. R. Civ. P. 5(a)(1) to serve any pleading filed after the original complaint and any written motion on any party. With the exception of document numbers #87, #100, #105, and #109, Plaintiff did not serve his motions on Defendants. Any further documents filed by Plaintiff not served on Defendants may be stricken.

Dated: August 8, 2008