IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-1214-WYD-KMT

LOREN R. LUSERO

    Plaintiff,

v.

JOHN WELT, Correctional Lieutenant,
PA. PURDUE, Correctional Lieutenant,
CLYDE STAHL, Correctional Chairperson, CM 111,
CORRECTIONAL OFFICER, of Delta Correctional Facility of Housing Unit-5 (3rd Shift), Nov. 23, 2005, and
"CAPTAIN," Delta Correctional Facility (3rd Shift), Nov. 23, 2005,

    Defendants.

---

**ORDER ACCEPTING AND AFFIRMING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on Defendants' Motion for Summary Judgment (docket #71). A general Order of Reference reassigning the case to Magistrate Judge Tafoya was issued January 9, 2008. Magistrate Judge Tafoya issued a Recommendation on August 14, 2008, which is incorporated herein by reference. See 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72(b), D.C.COLO.LCivR. 72.1. Magistrate Judge Tafoya recommended therein that Defendants' Motion for Summary Judgment be granted and that Plaintiff's case be dismissed in its entirety.

More specifically, Magistrate Judge Tafoya found that Plaintiff has failed to show that he obtained a "favorable determination" of his administrative segregation classification as required by *Heck v. Humprey*, 215 U.S. 488, 487 (1994)(holding that a person cannot bring a 42 U.S.C. § 1983 action for damages based on an allegedly

invalid conviction or sentence unless the conviction or sentence has previously been invalidated).  Recommendation at 9.  In determining whether Plaintiff had previously obtained a "favorable determination" of his administrative segregation, Magistrate Judge Tafoya notes that following a remanded administrative segregation hearing on December 13, 2006, Plaintiff received an unfavorable decision holding that Plaintiff should be assigned to maximum security, administrative segregation.  Recommendation at 8.

As to Plaintiff's Due Process claim, Magistrate Judge Tafoya found that Defendants have not provided any evidence or argument that Plaintiff received the due process required in November 2005.  Recommendation at 11.  Magistrate Judge Tafoya declined to grant summary judgment on this argument, however she found under *Heck* summary judgment was appropriate.  Id. at 11.

On August 25, 2008, Plaintiff filed a timely Objection.  Plaintiff's objections necessitate a *de novo* determination as to those specified proposed findings or recommendations to which objection is made since the nature of the matter is dispositive.  FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1).

Plaintiff asserts that Magistrate Judge Tafoya improperly dismissed his supplement to his response to the motion for summary judgement.  This issue was already addressed in my August 19, 2008 Order and I will not address it any further.  The remainder of Plaintiffs objections center on his due process claim.  I agree with Magistrate Judge Tafoya that while there may be some issue of fact as to whether Plaintiff's due process rights were violated, *Heck* mandates that Plaintiff's case be dismissed because Plaintiff is unable to show that the punishment imposed in the prison

disciplinary proceedings had previously been invalidated. Accordingly, the Recommendation is affirmed and adopted.

Based upon the foregoing, it is

ORDERED that the Recommendation of United States Magistrate Judge (docket # 119) is **AFFIRMED AND ADOPTED**. In accordance therewith, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated: September 18, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge